Filed: 10/11/2023 2:12 PM
Clerk
Whitley County, Indiana

Whitley Superior Court

| | | |
|---|---|---|
| **STATE OF INDIANA** | ) | **IN THE WHITLEY SUPERIOR COURT** |
| | ) SS: | |
| **COUNTY WHITLEY** | ) | **CAUSE NO.** <u>92D01-2310-CT-000938</u> |

| | |
|---|---|
| **DENISE FARROW,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **v.** | ) |
| | ) |
| **WALMART INC.,** | ) |
| | ) |
| **Defendant.** | ) |

### *COMPLAINT FOR DAMAGES*

Comes now Plaintiff, by counsel, and complains of the Defendant, and for her claim for relief, states as follows:

1. On May 18, 2022, the Plaintiff was a resident of Whitley County, Indiana.

2. The Defendant, Walmart, Inc., is a retail corporation operating a chain of supercenters, discount department stores and grocery stores throughout the United States.

3. The Defendant owns, operates and maintains a Walmart Super Center located in Columbia City, Indiana.

4. On May 18, 2022, the Plaintiff was an invitee of the Defendant at the Defendant's store in Columbia City, Indiana.

5. On said date, the Plaintiff fell at the Defendant's store.

6. Plaintiff's fall was caused by the negligence of the Defendant.

7. As a direct and proximate result of the Defendant's negligence, the Plaintiff has incurred damages, and will incur damages in the future, which damages include but are not limited to, medical expenses, lost time, pain, suffering, emotional distress, impairment, disfigurement, and loss of enjoyment of life's activities.

EXHIBIT A

WHEREFORE, the Plaintiff prays for a judgment against the Defendant in an amount which will fully and adequately compensate the Plaintiff for all damages resulting from the Defendant's negligence, for interest, costs of this action, and all other appropriate relief.

/s/ Edward E. Beck
EDWARD E. BECK, #10499-02
Shambaugh, Kast, Beck & Williams, LLP
229 West Berry Street, Suite 400
P. O. Box 11648
Fort Wayne, IN 46859-1648
(260) 423-1430-Telephone;
(260) 422-9038-Fax
Email:   ebeck@skbw.com
Attorney for Plaintiff

EXHIBIT A